```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/27/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
AMBASSADOR IMAGES, LLC,

                              Plaintiff,                        24-cv-08048 (AT) (KHP)

                 -against-                           **ORDER**

NDB INC *doing business as*
BRONX AND BANCO,

                              Defendant.
-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

       On December 16, 2024, the Court issued an Order setting a briefing schedule for Plaintiff to file a motion for default judgment and an application for damages. (ECF No. 15.) The Court directed Plaintiff to serve a copy of the Order on Defendant, together with a copy of Plaintiff's motion for default judgment and supporting papers, and to file proof of service with the Court. Plaintiff filed a motion for default judgment on January 17, 2025, but has not filed proof of service on Defendant. By **Wednesday, January 29, 2025**, Plaintiff shall file proof of service with the Court.

**SO ORDERED.**

DATED:      New York, New York
                January 27, 2025

                                                             _____
                                                            KATHARINE H. PARKER
                                                            United States Magistrate Judge