```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/12/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
AMBASSADOR IMAGES, LLC,

                                  Plaintiff,                                  24CV08048 (AT) (KHP)

          -against-                                              ORDER ADJOURNING
                                                                          CONFERENCE

NDB INC *doing business as*
BRONX AND BANCO,

                                  Defendant.
-----------------------------------------------------------------X
**KATHARINE H. PARKER, United States Magistrate Judge:**

       In light of the Stipulation of Voluntary Dismissal filed on March 11, 2025 (doc. no 30) the hearing in this matter currently scheduled for **March 24, 2025** is hereby adjourned *sine die*.

       **SO ORDERED.**

DATED: New York, New York
             March 12, 2025

                                                                         _____
                                                                          KATHARINE H. PARKER
                                                                          United States Magistrate Judge

1